IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID THAYER                                                                                    PLAINTIFF

V.                          CASE NO. 1:16-CV-00111-JTK

NANCY BERRYHILL, *Acting Commissioner*
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Defendant, affirming the decision of the Commissioner and dismissing Plaintiff's case with prejudice.

SO ADJUDGED this 10th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE